ATTORNEY'S NAME: Rodriguez, Michael I 10884
AND ADDRESS: 3524 Canal Street, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-04302   DIVISION: N   SECTION: 08

**CROCKETT, JAQUIN**

Versus

**STATE FARM FIRE AND CASUALTY COMPANY**

SERVED ON
R. KYLE ARDOIN
JUN 09 2021
SECRETARY OF STATE
COMMERCIAL DIVISION

### CITATION

TO: STATE FARM FIRE AND CASUALTY COMPANY
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE., BATON ROUGE, LA 7080

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 24, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Ellen K. Philbrick_
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON STATE FARM FIRE AND CASUALTY COMPANY THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER   RETURN _____ / _____ / _____ SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON STATE FARM FIRE AND CASUALTY COMPANY THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STATE FARM FIRE AND CASUALTY COMPANY being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10705809

Page 1 of 1

**EXHIBIT A**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NUMBER: 2021-04302                    SECTION: N(8)

FILED
2021 MAY 20 PM 2:12
CIVIL
DISTRICT COURT

JAQUIN CROCKETT

-versus-

STATE FARM FIRE AND CASUALTY COMPANY

FILED:_____       _____
                                                           DEPUTY CLERK

**PETITION FOR DAMAGES**

The petition of JAQUIN CROCKETT, a full age resident of and domiciled in the Parish of Orleans, State of Louisiana, with respect represents:

1.

That the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company organized and chartered under the laws of a state other than the State of Louisiana but authorized to do and doing business in the State of Louisiana, and more particularly, the Parish of Orleans.

2.

That the Defendant, State Farm Fire and Casualty Company, issued a policy of insurance in favor of the Petitioner, Jaquin Crockett, which coverage afforded Petitioner vandalism coverage for a 2016 Porsche Cayenne and that the said vehicle was locked in a driveway in front of apartment complex located at 10151 Curran Boulevard, New Orleans, LA.

3.

That the vehicle was left in a parking spot at the said location and was locked, and petitioner had possession of the key(s) to the said vehicle.

4.

That on or about May 20, 2020 at approximately 8:30 p.m., the petitioner left his vehicle securely locked and parked at the referenced location and proceeded to a gathering; that upon Petitioner's return to his vehicle at approximately 10:50 p.m., Petitioner discovered that his vehicle had been broken into and vandalized; the said vandalism was reported to and investigated by the New Orleans Police Department.

5.

That a claim was presented to the Defendant, State Farm Fire and Casualty Company,

1

through its adjuster, Karen Gillespie, for payment of the amount of damages that were done to the said insured vehicle and State Farm Fire and Casualty Company has refused to honor Petitioner's claim.

6.

The adjuster handling Plaintiff's vandalism claim, Karen Gillespie, has denied plaintiff's claim based upon State Farm Fire and Casualty Company's alleged defenses that the loss does not meet the insuring agreement of a sudden direct and accidental loss; the damage/theft is excluded as it was caused by or at the direction of Jaquin Crockett and that furthermore that Jacquin Crockett was in violation of the concealment or fraud provision of the policy issued by State Farm Fire and Casualty Company to Jaquin Crockett.

7.

The Petitioner claims that State Farm Fire and Casualty Company breached the obligation of good faith and fair dealing by failing to properly investigate petitioner's loss; that State Farm Fire and Casualty Company, the defendant, unreasonably failed to properly investigate the loss and denied coverage for the reasons listed above; that Petitioner was harmed and that the defendant's failure to properly investigate the loss was a substantial factor in causing Petitioner's harm.

8.

Petitioner alleges that a defendant such as State Farm Fire and Casualty Company must thoroughly investigate a claim before denying it and must diligently search for evidence that supports the claim and must diligently consider evidence that supports the claim.

9.

To the contrary, State Farm Fire and Casualty Company, the defendant, has chosen to impune Petitioner's character by alleging that its insured, Jaquin Crockett, caused the damage/theft to his vehicle by or at the direction of the Petitioner herein; that in addition thereto, the defendant, State Farm Fire and Casualty Company, has alleged that the Petitioner, Jaquin Crockett, has allegedly committed a fraud.

10.

That the Petitioner, Jaquin Crockett, alleges that the Defendant, State Farm Fire and Casualty Company, is liable unto your petitioner for the value of his vehicle described herein and

furthermore that the Defendant, State Farm Fire and Casualty Company, through its adjuster, Karen Gillespie, be deemed to have inappropriately alleged your petitioner to be guilty of fraud and to have created this loss through his own endeavor.

11.

That the Defendant, State Farm Fire and Casualty Company is to be held liable for bad faith dealings with its insured and inappropriately alleging that its insured was guilty of fraud; that the said acts were committed through its insurance personnel, including Karen Gillespie, and that the said Defendant, State Farm Fire and Casualty Company, be held liable for such unfounded accusations against its insured, Jaquin Crockett.

**WHEREFORE**, Petitioner prays that the Defendant be served with a copy of this Petition; that it is duly cited to appear and answer same, and after due proceedings had, there is judgment herein in favor of your Petitioner, JAQUIN CROCKETT, in an amount which would be just and reasonable under the facts and circumstances of this case; and against the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, together with legal interest thereon from date of judicial demand, until paid, for all costs of these proceeding, sanctions, penalties, attorney's fees and principal amount for the said judgment, and for all general and equitable relief.

Respectfully submitted:

_____
MICHAEL I. RODRIGUEZ, SR., ESQ.(BR #10884)
Attorney for Plaintiff
3524 Canal Street
New Orleans, Louisiana 70119
Telephone (504) 588-1110
Facsimile: (504) 588-1954
Email: mrodri6819@aol.com

**PLEASE SERVE:**

1). **STATE FARM FIRE AND CASUALTY COMPANY**
Through its Agent for Service of Process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 7080

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA